# United States District Court
## Southern District of Georgia

KENNETH CLAY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV 318-065

MONTGOMERY COUNTY GEORGIA
SHERIFF'S DEPT., and RON BIVINS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 10, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's request to proceed in forma pauperis is denied, and this action is dismissed without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. This case stands closed.



10/10/2018  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*

GAS Rev 10/1/03